# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

### INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **M-08-361**
2) Defendant's Name: __Ivery__ (Last)  __Michael__ (First)  _____ (M.I.)
3) Age: _____
4) Title: _____  Section(s): _____
5) Citizen of: _____  Needs: _____ Interpreter
6) Arrest Warrant Issued: _____  Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ✓ Yes ___ No   Other District: __Southern District of Fl.__
8) Name of Interpreter used today: _____  Language: _____
9) Arraignment on complaint held: ✓ Yes ___ No   Date/Time: __4/11/08__
10) Detention Hearing Held: ___  Bail set at: _____  ROR Entered: ___  POD Entered: ___
11) Temporary Order of Detention Entered: ✓   Bail Hearing set for: __4/15/08 @ 2PM__
12) (a) Preliminary Hearing set for: _____ ; or waived: _____
    (b) Removal Hearing set for: ~~held for~~ 4/15/08 @2PM ; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Winston Paes__
14) DEFENSE COUNSEL'S NAME: __Doug Morris__
    Address: _____
    Bar Code: _____  CJA: ___  FDNY: ✓  RET: ___
    Telephone Number: (___) _____
15) LOG #: ___ ( __5:16 - 5:24__ )  MAG. JUDGE: __Joan Azrack__
16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___ Yes  ___ No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE