<u>CALENDAR : MAGISTRATE'S PROCEEDING</u>

<u>BEFORE MAG. JUDGE Viktor V. Pohorelsky</u>        DATE : 4/15/08

DOCKET NUMBER **08-361M**        LOG # : 2:51-3:33

DEFENDANT'S NAME : **Michael Ivery**
        ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL : **Douglas Morris**
        ✓ Federal Defender    ___ CJA    ___ Retained

A.U.S.A: **Winston Paes**        DEPUTY CLERK : **K. DiLorenzo**

INTERPRETER : _____        (Language) _____

_Identity_ ___ Hearing held.  ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.    Code Type___    Start___    Stop___

___ Order of Speedy Trial entered.    Code Type___    Start___    Stop___

___ Defendant's first appearance.    ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for ___ @ ___ before Judge ___

OTHERS : Agent Melissa Mau sworn and testified. Commitment order entered.